IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-1364 |
| 200 CHRISTIAN STREET PARTNERS, LLC et al | : | |

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-1545 |
| 200 CHRISTIAN STREET PARTNERS, LLC et al | : | |

**O R D E R**

 **AND NOW**, this 31st day of May 2024, it is **ORDERED** that the above captioned matters are **STAYED** pending further order of the Court.

 **IT IS SO ORDERED**.

BY THE COURT:

/s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**