UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                    Plaintiff<br><br>        v.<br><br>200 CHRISTIAN STREET PARTNERS, LLC, et al.,<br><br>                    Defendants | Civil Action No. 2:18-cv-01545-RBS |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), plaintiff, Nautilus Insurance Company and defendants, 200 Christian Street Partners LLC, Christian Street Developers LLC, 12th & Lombard Assoc. LLC a/k/a 12th and Lombard Street Assoc., LLC, Virgil Procaccino and Arthur D. Elwood, Jr. a/k/a Arthur Elwood (collectively, the "Parties") request that this Court dismiss this action with prejudice – as the Parties have reached a settlement relating to the issues presented to this Court concerning the coverage, if any, available for the underlying lawsuit captioned <u>Zachary Klehr, et al. v. Virgil Procaccino, et al.</u>, Philadelphia Court of Common Pleas, September Term, 2017, No. 2547.

| | |
|---|---|
| **POST & SCHELL, P.C.** | **COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.** |
| BY:   /s/ *Anthony L. Miscioscia*<br>Anthony L Miscioscia, Esquire<br>1717 Arch Street, 24th Floor<br>Philadelphia, PA 19103<br>Email: AMiscioscia@PostSchell.com<br>*Counsel for Plaintiff,*<br>*Nautilus Insurance Company* | BY:   /s/ *Jonathan A. Cass*<br>Jonathan A. Cass, Esquire<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103<br>Email: jcass@cohenseglias.com<br>Counsel for Defendants,<br>*Christian Street Partners LLC, Christian Street Developers LLC, 12th & Lombard Assoc. LLC a/k/a 12th and Lombard Street Assoc., LLC, Virgil Procaccino and Arthur D. Elwood, Jr. a/k/a Arthur Elwood* |
| Dated:  January 21, 2025 | Dated:  January 21, 2025 |

22392219v.1

**IT IS SO ORDERED.**

On this _____ day of January, 2025, this case is dismissed with prejudice, with all Parties to bear their own costs.  The Clerk is directed to mark this case settled and closed.

_____
                                                                                                                                , J.

22392219v.1

## **CERTIFICATE OF SERVICE**

      I, Anthony L. Miscioscia, hereby certify that a true and correct copy of the foregoing Stipulation for Dismissal was, on the date shown below, filed electronically and is available for viewing and downloading from the ECF system, and served on all counsel of record via the Court's ECF system:

Dated:  January 21, 2025            By:   *s/ Anthony L. Miscioscia*
                                                                    Anthony L. Miscioscia