IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-1545 |
| 200 CHRISTIAN STREET PARTNERS, LLC, et al., | : | |
| | : | |

**O R D E R**

**AND NOW**, this 27th day of January 2025, upon consideration of the Stipulation of Dismissal (ECF No. 93), it is **ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED** with prejudice, with all Parties to bear their own costs. The Clerk of Court is **DIRECTED** to mark this case settled and **CLOSED**.

**IT IS ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**